UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KARA JANE STEINMEYER, | Case No. 3:25-cv-00258-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| TRISTAN COUVARES, | |
| Defendant. | |

Plaintiff Kara Jane Steinmeyer brings this action against Defendant Tristan Couvares, asserting various state law claims arising from an allegedly exploitative, non-monogamous dating relationship between Plaintiff and Defendant. (ECF No. 9 ("FAC").) Pro se Defendant filed a motion to dismiss. (ECF No. 14.) The Court granted the motion, dismissing all claims with prejudice except for the unjust enrichment claim which the Court dismissed without prejudice and with leave to amend. (ECF No. 30 ("Order").) In the Order, the Court gave Plaintiff leave to file an amended complaint to cure the deficiencies of her unjust enrichment claim by January 17, 2026. (*Id.*) The Court warned Plaintiff that the unjust enrichment claim will be dismissed with prejudice if she failed to file an amended complaint by that deadline. (*Id.* at 13.) That deadline expired and Plaintiff did not file an amended complaint, move for an extension, or otherwise respond. Accordingly, the Court dismisses the unjust enrichment claim with prejudice.

It is therefore ordered that this case is dismissed with prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

///

///

///

DATED THIS 22nd Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE